| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:14-CR-91 |
| | § | |
| KENNETH RAY SMITH | § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

After conducting a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Honorable Zack Hawthorn, United States Magistrate Judge, made and filed Findings of Fact and Recommendations regarding the Defendant's plea of guilty to Counts One and Seventeen of the Indictment in the above-numbered case. The Magistrate Judge accepted the Defendant's guilty plea, recommends that the Defendant be adjudged guilty of the offenses to which he pleaded guilty, and recommends that the court conditionally accept the Defendant's plea agreement pending review of the presentence report.

The parties do not object to the Magistrate Judge's findings and conclusions, and the court is of the opinion that they should be and are **ADOPTED**. Further, the court **RATIFIES** the Magistrate Judge's acceptance of the guilty plea. Accordingly, it is **ORDERED:**

1. That the Defendant is adjudged **GUILTY** of the offenses alleged in Counts 1 and 17 of the Indictment, in violation of Title 18, United States Code Sections 371 and 922(g)(1).

2. The court conditionally accepts the Defendant's plea agreement pending review of the presentence report.

**Signed this date.**

**Dec 4, 2014**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE